Mark Crampton
Crampton & Associates, P.C.
3755 South Capital of Texas Highway, Suite 200
Austin, TX 78704
Telephone: (512) 892-9300
Attorneys for Plaintiffs

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 05-5326 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Robert Eugene German, et al.,<br><br>　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>　　　　　　　Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all parties with each side

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE


1  bearing its own attorneys' fees and costs.
2
3
4     DATED: 6|9, 2010      By: _____
5
6                           **CRAMPTON & ASSOCIATES, P.C.**
                            3755 South Capital of Texas Highway, Suite 200
                            Austin, TX 78704
7                           Telephone: (512) 892-9300
8                           *Attorneys for Plaintiffs*
9     DATED: Sept. 17, 2010  By: ____/s/____
10
11                          **DLA PIPER LLP (US)**
                            1251 Avenue of the Americas
                            New York, New York 10020
12                          Telephone: (212) 335-4500
13                          *Defendants' Liaison Counsel*
14
15
16    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
17
18    Dated: 9·28·2010      _____
19                          Hon. Charles R. Breyer
                            United States District Court
20
21
22
23
24
25
26
27
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE